In re David Alan **FRIEDMAN**,
Respondent,

A Member of the Bar of the District
of Columbia Court of Appeals.

No. 95–BG–294.

District of Columbia Court of Appeals.

June 26, 1995.

Before FERREN, STEADMAN and
SCHWELB, Associate Judges.

**ORDER**

PER CURIAM.

On consideration of the record herein and
of the unanimous Report and Recommenda-
tion of the Board on Professional Responsi-
bility that David Alan Friedman, previously
sanctioned by order of this court, 643 A.2d
902 (D.C.1994), has by clear and convincing
evidence pursuant to D.C.Bar R. XI, § 16(d)
met the conditions for reinstatement imposed
by said order and that he accordingly should
be reinstated as a member of the bar of this
court, it is

ORDERED that David Alan Friedman be,
and he hereby is, reinstated as a member of
the bar of this court.